Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  September 15, 2016                    106909
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
        v                                      MEMORANDUM AND ORDER

ALEC HAMMOND,
                        Appellant.
_____

Calendar Date:  August 8, 2016

Before:  Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ.

_____

        Cheryl L. Sovern, Clifton Park, for appellant.

        Craig P. Carriero, District Attorney, Malone (Jennifer M. Hollis of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Franklin County (Main Jr., J.), rendered June 16, 2014, convicting defendant upon his plea of guilty of the crime of attempted burglary in the second degree.

        In satisfaction of a two-count indictment, defendant pleaded guilty to attempted burglary in the second degree and waived his right to appeal.  County Court thereafter imposed a sentence within the agreed-upon range, namely, four years in prison to be followed by three years of postrelease supervision.

        Defendant now appeals, and appellate counsel seeks to be relieved of her assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Upon our review of the record and counsel's brief, we agree.  The judgment is, accordingly, affirmed and counsel's

request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court